

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00476-CR

MICHAEL JOSEPH PERCY, JR.                                      APPELLANT

V.

THE STATE OF TEXAS                                                  STATE

----------

## FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Michael Joseph Percy, Jr. attempts to appeal from his conviction for intoxication manslaughter. Pursuant to a plea bargain, Percy pleaded true to the State's motion to revoke. Percy also signed a waiver of his right to appeal as part of the plea bargain. The trial court sentenced him to eight years' confinement in accordance with the plea bargain. The trial court's certification of

---

[1]See Tex. R. App. P. 47.4.

his right to appeal states that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On October 2, 2013, we notified Percy that this appeal may be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response on or before October 14, 2013, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. Percy filed a response, but it does not state any grounds for continuing the appeal.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 7, 2013